THE STATE OF TEXAS V. JOHN S. KENNEDY AND SAMUEL SLOAN
AND INTERNATIONAL & GREAT NORTHERN
RAILWAY COMPANY ET AL.

No. 7975.

**Opinion** in preceding case adopted as decisive of this appeal.

APPEAL from Smith.    Tried below before Hon. Felix J. McCord.

*James S. Hogg*, Attorney-General, and *R. H. Harrison*, Assistant
Attorney-General, for the State.

*Willie, Mott & Ballinger*, for appellees.

STAYTON, CHIEF JUSTICE.—This suit in all material respects in-
volves, in so far as the State of Texas is concerned, the same questions
considered in the case of The State of Texas against The Farmers' Loan
and Trust Company et al., this day decided; and for the reasons given
in the opinion in that case the judgment in this must be affirmed with-
out prejudice to the right of the State hereafter to prosecute any proper
suit or action, and it is so ordered.

*Affirmed.*

Delivered June 23, 1891.